UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS TRAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KARLA GROSS, *et al.*,<br><br>Defendants. | Case No. 25-cv-11183<br>Honorable Brandy R. McMillion<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER ABOUT SERVICE OF PAPERS AND SERVICE OF PROCESS**

Plaintiff Dennis Traylor, a pro se prisoner of the Michigan Department of Corrections (MDOC), brings this action under 42 U.S.C. § 1983 against Defendants Karla Gross, Robert Crompton, Melynda Reuther, and Jane Doe. ECF No. 1. The Honorable Brandy R. McMillion referred the case to the undersigned for all pretrial proceedings under 28 U.S.C. § 636(b)(1). ECF No. 13.

The Court granted Traylor's application to proceed *in forma pauperis* and ordered the U.S. Marshals Service (USMS) to serve defendants. ECF No. 3; ECF No. 6. The USMS mailed waivers of service to defendants at the Saginaw Correctional Facility. ECF No. 7. Counsel appeared for Crompton and filed a status report about the Wellpath bankruptcy

proceedings.  ECF No. 11.  The status report states that Traylor's claims against Crompton may be released and subject to dismissal unless Traylor opts out of the third-party releases in the bankruptcy action by July 30, 2025.  ECF No. 11.

Federal Rule of Civil Procedure 5(a)(1) requires motions and other papers to be served on the other parties to an action.  Parties may serve a filing by postal mail or by "sending it to a registered user" via the Court's electronic filing system.  Rule 5(b)(2).  The proof of service on Crompton's status report states that it was served "by e-mail and/or via the PACER CM ECF system.  ECF No. 12.  But e-mail and e-filing are not acceptable methods of serving Traylor because he supplied no e-mail address and is not a registered user of the Court's e-filing system.  As a courtesy, the Court mailed Traylor a copy of the status report.  But Crompton and the other defendants are **ORDERED** to properly serve Traylor by postal mail with any papers filed in the future.

Gross and Reuther have not yet appeared in the action.  **By July 18, 2025**, the MDOC must file notice stating whether it is accepting service for those defendants and provide the USMS with those defendants' last known addresses.

2

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: July 11, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager